IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

LAVETRIS HUNT,                      :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :
                                    :    CIVIL ACTION 16-0021-M
CAROLYN W. COLVIN,                  :
Social Security Commissioner,       :
                                    :
    Defendant.                      :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Lavetris Hunt.

DONE this 29th day of August, 2016.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE